UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

ANTHONY RODRIGUEZ,

       Plaintiff.

Case No. 20-cv-09433-SI

**ORDER OF DISMISSAL**

     Anthony Rodriguez sent to the court a letter expressing his dissatisfaction with conditions at Pleasant Valley State Prison, where he is incarcerated. In an effort to protect his rights, a new action was opened and the letter was filed on December 30, 2020. On that date, Rodriguez was informed that he had not filed a complaint, and was notified that he had 28 days to do so or the action would be dismissed. Docket No. 2. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was notified that he had 28 days to either pay the fee or file the application or the action would be dismissed. Docket No. 3. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice for failure to file a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

     **IT IS SO ORDERED**.

Dated: April 28, 2021

SUSAN ILLSTON
United States District Judge