UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re.<br>ANTHONY RODRIGUEZ,<br>    Plaintiff. | Case No. 20-cv-09433-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice because plaintiff failed to file a pleading showing the court has subject matter jurisdiction.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 28, 2021

SUSAN ILLSTON
United States District Judge